# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                              Case No. 6:25-cr-132-RBD-DCI

GOODNESS EZEH

_____

## ORDER

Before the Court is the issue of Defendant's mental competency. On September 3, 2025, U.S. Magistrate Judge Daniel C. Irick found Defendant incompetent to proceed and committed him to the custody of the Attorney General for treatment. (Doc. 24.) Following Defendant's treatment, Judge Irick held a second competency hearing on May 21, 2026 and entered a Report and Recommendation stating that the Court should find Defendant competent to proceed. (Doc. 33 ("R&R").) The parties did not object and the time has passed, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.     The R&R (Doc. 33) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2.     The Defendant is **FOUND COMPETENT TO PROCEED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 11, 2026.



ROY B. DALTON, JR.
United States District Judge

2